AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:23-mj-288 |
| Aron Joel Sanchez, | ) | Assign to: Magistrate Judge Zia M. Faruqui |
| Sergio Herrera Jaramillo, | ) | Date: 11/1/2023 |
| Sebastian Reveles, | ) | Description: COMPLAINT WITH ARREST WARRANT |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of January 6, 2021 in the county of _____ in the _____ in the District of Columbia, the defendant(s) violated:

*Code Section*                                                  *Offense Description*

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 11/01/2023

*Judge's signature*

City and state: Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*