## STATEMENT OF FACTS

I, ▮▮▮▮▮▮▮, am a Special Agent with the Federal Bureau of Investigation (FBI), assigned to the Dallas Field Office North Texas Joint Terrorism Task Force. In my duties as a Special Agent, I am responsible for conducting investigations into various threats, including racially motivated violent extremism, weapons of mass destruction violations, and violent anti-government extremism. These investigations have involved the use of physical surveillance, cooperating witnesses, the execution of search and arrest warrants, and the debriefing of witnesses and subjects. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a FBI Special Agent I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection.  Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice

President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### Facts Specific to Aron Sanchez, Sergio Jaramillo, and Sebastian Reveles

I have studied video footage and still photographs of the January 6, 2021, incursion of the U.S. Capitol, and I have identified three individuals in them as Aron Joel Sanchez (SANCHEZ), Sergio Herrera Jaramillo (JARAMILLO), and Sebastian Reveles (REVELES) for the reasons described herin.  As also described herein, the images and video footage that I have reviewed, as well as the other facts gathered in this investigation, establish that SANCHEZ, JARAMILLO, and REVELES unlawfully entered the U.S. Capitol on January 6, 2021.

FBI Special Agents and Task Force Officers interviewed SANCHEZ on February 9, 2021, JARAMILLO on February 10, 2021, and REVELES on February 24, 2021.  Each admitted that they entered the Capitol building on January 6, 2021, and identified themselves in surveillance video.

At approximately 12:56 p.m., SANCHEZ, JARAMILLO, and REVELES crossed a fallen section of snow fencing on west front of the U.S. Capitol building, immediately adjacent to an "Area Closed" sign.  This moment was captured on a video taken by REVELES:



(*Image 1: Cropped screenshot of REVELES cellphone video at approximately 12:27 p.m.*)

**Statement of Facts—Page 2**

USCP closed circuit video depicts SANCHEZ, JARAMILLO, and REVELES entering the first floor of the Capitol through a broken window next to the Senate Wing Doors on the west side of the building at approximately 2:24 p.m.:



(*Image 2: SANCHEZ entering Capitol through broken window at approximately 2:24 p.m.*)[1]



(*Image 3: JARAMILLO entering Capitol through broken window at approximately 2:24 p.m.*)

---

[1] In this image and following images, SANCHEZ is depicted with yellow rectangles, JARAMILLO with green ovals, and REVELES with red arrows.

**Statement of Facts—Page 3**



*(Image 4: REVELES entering Capitol through broken window at approximately 2:24 p.m.)*

SANCHEZ, JARAMILLO, and REVELES entered the Crypt at approximately 2:26 p.m.



*(Image 5: SANCHEZ, JARAMILLO, and REVELES in the Crypt at approximately 2:26 p.m.)*

While in the Crypt, SANCHEZ appears to discourage another rioter who was beginning to act aggressively towards law enforcement, while JARAMILLO and REVELES continue filming with their cellphones.



(*Image 6: SANCHEZ, JARAMILLO, and REVELES in the Crypt at approximately 2:26 p.m.*)

At approximately 2:30 p.m., SANCHEZ (who had removed his black jacket and black beanie), JARAMILLO, and REVELES appear in the Crypt Lobby as other rioters prevent rolling overhead doors from closing.



(*Image 7: SANCHEZ, JARAMILLO, and REVELES in the Crypt at approximately 2:30 p.m*)

**Statement of Facts—Page 5**

SANCHEZ, JARAMILLO, and REVELES passed through Statuary Hall twice between approximately 2:34 p.m. and 2:49 p.m.



(*Image 8: SANCHEZ, JARAMILLO, and REVELES in Statuary Hall at approximately 2:35 p.m*)



(*Image 9: SANCHEZ, JARAMILLO, and REVELES in Statuary Hall at approximately 2:49 p.m*)

At approximately 2:50 p.m., SANCHEZ, JARAMILLO, and REVELES entered the Rotunda, where they stayed until approximately 3:00 p.m. During this time, SANCHEZ took

photos or video of the Rotunda interior, JARAMILLO sat on the pedestal of the Monument to Lucretia Mott, Elizabeth Cady Stanton and Susan B. Anthony, and REVELES appears to touch the statute of President James A. Garfield.



(*Image 10: SANCHEZ, JARAMILLO, and REVELES in Rotunda at approximately 2:52 p.m.*)



(*Image 11: JARAMILLO sitting on statue pedestal in Rotunda at approximately 2:54 p.m.*)



(*Image 12: REVELES touching statute in Rotunda at approximately 2:56 p.m.*)

SANCHEZ, JARAMILLO, and REVELES left the Rotunda and passed through interior hallways of the Capitol, before finally leaving the Capitol building through the North Door at approximately 3:06 p.m., roughly 42 minutes after they entered.



(*Image 13: JARAMILLO, REVELES, and SANCHEZ and at approximately 3:04 p.m.*)

**Statement of Facts—Page 8**



(*Image 14: JARAMILLO and REVELES exiting North Door at approximately 3:06 p.m.*)



(*Image 15: REVELES and SANCHEZ exiting North Door at approximately 3:06 p.m.*)

Based on the foregoing, I submit that there is probable cause to believe that SANCHEZ, JARAMILLO, and REVELES each violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of

**Statement of Facts—Page 9**

Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

I submit there is also probable cause to believe that SANCHEZ, JARAMILLO, and REVELES each violated 40 U.S.C. § 5104(e)(2)(D) and (G), which make it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 1st day of November 2023.

ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE