AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Sergio Herrera Jaramillo | ) Case No. 1:23-mj-288 |
| | ) Assign to: Magistrate Judge Zia M. Faruqui |
| | ) Date 11/1/2023 |
| | ) Description: COMPLAINT WITH ARREST WARRANT |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Sergio Herrera Jaramillo,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment ❏ Superseding Indictment ❏ Information ❏ Superseding Information ☒ Complaint
❏ Probation Violation Petition ❏ Supervised Release Violation Petition ❏ Violation Notice ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 11/01/2023

Zia M. Faruqui
*Issuing officer's signature*

City and state: Washington, D.C.
Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11/1/23, and the person was arrested on *(date)* 11/7/23
at *(city and state)* GARLAND (PD) TX

Date: 11/7/23

*Arresting officer's signature*

SA Adam Pope
*Printed name and title*